# EXHIBIT A

E-FILED
3/24/2025 7:57 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
25CV461824
Reviewed By: M. Bui

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
(emailservices@slpattorney.com)
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiff:
ENRIQUE LOPEZ

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| ENRIQUE LOPEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY; RACEWAY FORD INC; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:     25CV461824<br><br>Hon.<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

Plaintiff alleges as follows:

## PARTIES

1. As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff ENRIQUE LOPEZ.

2. Plaintiff is a resident of California.

3. As used in this Complaint, the word "Defendant" shall refer to all Defendants named in this Complaint.

4. Defendant FORD MOTOR COMPANY ("Defendant" or "FORD") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. Defendant FORD's principal place of business is in the State of Michigan. At all times relevant herein, FORD was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Santa Clara County, California.

5. Defendant RACEWAY FORD INC ("RACEWAY") is an unknown business entity organized and in existence under the laws of the State of California. At all times relevant herein, RACEWAY was engaged in the business of selling automobiles and automobile components, and servicing and repairing automobiles in Riverside County, California.

6. Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## FACTUAL BACKGROUND

7. On or about September 11, 2019, Plaintiff entered into a warranty contract with Defendant FORD regarding a 2019 Ford F-150, vehicle identification number 1FTEX1CP4KKC51241 (hereafter "Subject Vehicle"), which was manufactured and/or distributed by Defendant FORD.

8. The warranty contract contained various warranties, including but not limited to

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein.

9.      Pursuant to the Song-Beverly Consumer Warranty Act (the "Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff has used the vehicle primarily for those purposes. Plaintiff is a "buyer" of consumer goods under the Act. Defendant FORD is a "manufacturer" and/or "distributor" under the Act.

10.     Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

11.     These causes of action arise out of the warranty obligations of FORD in connection with a motor vehicle for which FORD issued a written warranty.

12.     Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, transmission defects, engine defects, electrical defects; among other defects and non-conformities.

13.     Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

14.     The value of the Vehicle is worthless and/or *de minimis*.

15.     Under the Song-Beverly Act, Defendant FORD had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time it failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v.*

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

16.    Defendant FORD has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Berly Act.

17.    Under the Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

18.    Plaintiff is entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq.

19.    Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq.

20.    Plaintiff is entitled to recover any "cover" damages under Civil Code, section 1794, et seq.

21.    Plaintiff is entitled to recover all incidental and consequential damages pursuant to Civil Code, section 1794 et seq.

22.    Plaintiff suffered damages in a sum to be proven at trial in an amount that is not less than $35,001.00.

23.    Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendant's failure to comply with its obligations under the Song-Berly Act.

**Defendant FORD Had Superior and/or Exclusive Knowledge of the Transmission Defect**

24.    Prior to Plaintiff purchasing the Vehicle, Defendant FORD knew that vehicles equipped with the same 10-speed transmission as the Vehicle suffered from one or more defects that can cause the vehicles and their 10-speed transmissions to experience hesitation and/or delayed acceleration; harsh and/or hard shifting; jerking, shuddering, and/or juddering ("Transmission Defect").

25.    Plaintiff is informed and believe, and thereon allege, that Defendant acquired this knowledge prior to Plaintiff purchasing the Vehicle through various sources of information, including but not limited to pre-production testing, pre-production design failure mode and analysis data, production failure mode and analysis data, early consumer complaints made

*FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

3

exclusively to Ford's network of dealers and directly to Ford, aggregate warranty data compiled from Ford's network of dealers, testing conducted by Ford in response to consumer complaints, and repair order and parts data received by Ford from Ford's network of dealers.

26.    As a result of this internal knowledge and investigations, Defendant FORD subsequently issued technical service bulletins ("TSBs") concerning the Transmission Defect.

27.    For example, on or about March 2, 2018, Defendant FORD issued TSB 18-2079, entitled "10R80 Automatic Transmission – Harsh or Delayed Shift Concerns And/Or Illuminated MIL – DTC P0711 – Built On or Before 1-Aug-2017," which covers 2017 F-150 vehicles equipped with a 10R80 automatic transmission (the same type of transmission in the Subject Vehicle). According to the TSB, "[s]ome 2017 F-150/Raptor vehicles equipped with a 10R80 automatic transmission built on or before 1-Aug-2017 may exhibit harsh or delayed shifts and/or an illuminated malfunction indicator lamp (MIL) with diagnostic trouble code (DTC) P0711 stored in the transmission control module (TCM)."

**TECHNICAL SERVICE BULLETIN**                                    **18-2079**
**10R80 Automatic Transmission – Harsh Or Delayed Shift Concerns**
**And/Or Illuminated MIL - DTC P0711 - Built On Or Before 1-Aug-2017**          02 March
                                                                                2018

**Model:**

Ford
2017 F-150

**Issue:** Some 2017 F-150/Raptor vehicles equipped with a 10R80 automatic transmission built on or before 1-Aug-2017 may exhibit harsh or delayed shifts and/or an illuminated malfunction indicator lamp (MIL) with diagnostic trouble code (DTC) P0711 stored in the transmission control module (TCM).

**Action:** Reprogram the powertrain control module (PCM) using Integrated Diagnostic System (IDS) or Ford J2534 Diagnostic Software (FJDS) release 108.04 or higher. Make sure you are connected to the internet when entering module programming to obtain the latest updates. Calibration files may also be obtained at www.motorcraftservice.com.

**Warranty Status:** Eligible Under Provisions Of New Vehicle Limited Warranty Coverage And Emissions Warranty Coverage Warranty/ESP coverage limits/policies/prior approvals are not altered by a TSB. Warranty/ESP coverage limits are determined by the identified causal part and verified using the OASIS part coverage tool.

**Labor Times**

| Description | Operation No. | Time |
|---|---|---|
| 2017 F-150 3.5L GTDI: Retrieve DTCs And Reprogram The PCM (Do Not Use With Any Other Labor Operations) | 182079A | 0.3 Hrs. |

**Repair/Claim Coding**

| | |
|---|---|
| Causal Part: | RECALEM |
| Condition Code: | 04 |

**Service Procedure**

NOTE: ADVISE THE CUSTOMER THAT THIS VEHICLE IS EQUIPPED WITH AN ADAPTIVE TRANSMISSION SHIFT STRATEGY WHICH ALLOWS THE VEHICLE'S COMPUTER TO LEARN THE TRANSMISSION'S UNIQUE PARAMETERS AND IMPROVE SHIFT QUALITY. WHEN THE ADAPTIVE STRATEGY IS RESET, THE COMPUTER WILL BEGIN A RE-LEARNING PROCESS. THIS RE-LEARNING PROCESS MAY RESULT IN FIRMER THAN NORMAL UPSHIFTS AND DOWNSHIFTS FOR SEVERAL DAYS.

1    28.    In TSB 18-2079, Defendant FORD attributed the transmission issues to problems

2    with the vehicles' powertrain control module ("PCM")—specifically, to problems with the

3    vehicles' "adaptive transmission shift strategy which allows the vehicle's computer to learn the

4    transmission's unique parameters and improve shift quality."

5    29.    Then, on or about September 7, 2018, Defendant FORD issued TSB 18-2274,

6    entitled "2.7L/3.5L/5.0L Engine And 10R80 Transmission - Harsh/Bumpy Shift And/Or

7    Engagement Concerns - Built On Or Before 15-May-2018[,]" which covers 2018 F-150

8    vehicles. According to the TSB, "[s]ome 2018 F-150 vehicles equipped with a 2.7L, 3.5L or

9    5.0L engine and 10R80 automatic transmission and built on or before 15-May 2018 may exhibit

10   harsh/bumpy upshift, downshift and/or engagement concerns. Follow the Service Procedure

11   steps to correct the condition."

**TECHNICAL SERVICE BULLETIN**                                  **18-2274**
**2.7L/3.5L/5.0L Engine And 10R80 Transmission - Harsh/Bumpy Shift**    07 September
**And/Or Engagement Concerns - Built On Or Before 15-May-2018**              2018

**Model:**

Ford
2018 F-150

**Issue:** Some 2018 F-150 vehicles equipped with a 2.7L, 3.5L or 5.0L engine and 10R80 automatic transmission and built on or before 15-May 2018 may exhibit harsh/bumpy upshift, downshift and/or engagement concerns.

**Action:** Follow the Service Procedure steps to correct the condition.

**Warranty Status:** Eligible Under Provisions Of New Vehicle Limited Warranty Coverage Warranty/ESP coverage limits/policies/prior approvals are not altered by a TSB. Warranty/ESP coverage limits are determined by the identified causal part and verified using the OASIS part coverage tool.

**Labor Times**

| Description | Operation No. | Time |
|---|---|---|
| 2018 F-150 2.7L/3.5L/5.0L: Reprogram The PCM (Do Not Use With Any Other Labor Operations) | 182274A | 0.3 Hrs. |

**Repair/Claim Coding**

| | |
|---|---|
| Causal Part: | RECAL |
| Condition Code: | 04 |

## Service Procedure

**1.** Check the vehicle build date. Was the vehicle built on or before 15-May-2018?

  (1). Yes - reprogram the powertrain control module (PCM) using the latest version of the appropriate Ford scan tool.

    • NOTE: ADVISE THE CUSTOMER THAT THIS VEHICLE IS EQUIPPED WITH AN ADAPTIVE TRANSMISSION SHIFT STRATEGY WHICH ALLOWS THE VEHICLE'S COMPUTER TO LEARN THE TRANSMISSION'S UNIQUE PARAMETERS AND IMPROVE SHIFT QUALITY. WHEN THE ADAPTIVE STRATEGY IS RESET, THE COMPUTER WILL BEGIN A RE-LEARNING PROCESS. THIS RE-LEARNING PROCESS MAY RESULT IN FIRMER THAN NORMAL UPSHIFTS AND DOWNSHIFTS FOR SEVERAL DAYS.

  (2). No - this article does not apply. Refer to Workshop Manual (WSM), Section 307-01 for normal diagnostics.

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

1   30.    Like TSB 18-2079, TSB 18-02274 attributed the transmission issues to problems

2   with the vehicles' PCM—specifically, to problems with the vehicles' "adaptive transmission

3   shift strategy which allows the vehicle's computer to learn the transmission's unique parameters

4   and improve shift quality."

5   31.    Then, on September 27, 2021, Defendant issued TSB 21-2315, entitled "10R80

6   – Harsh Engagement/Harsh Shift/Delayed Shift With or Without DTCs", which covers 2017 –

7   2020 Ford vehicles, including the Subject Vehicle. The TSB advised that "Some 2017-20220

8   F-150 … vehicles equipped with a 10R80 automatic transmission may exhibit a harsh

9   engagement/harsh shift/delayed shift…This may be due to incompatibility of the adaptive

10  calibration to adapt to hardware wear-in over time. To correct the condition, follow the Service

11  Procedure steps to overhaul the main control valve body and/or perform an adaptive learning

12  drive cycle."

13  

### 10R80 - Harsh Engagement/Harsh Shift/Delayed Shift With Or Without DTCs

Vehicle › Technical Service Bulletins › 10R80 - Harsh Engagement/Harsh Shift/Delayed Shift With or Without DTCs

**10R80 - HARSH ENGAGEMENT/HARSH SHIFT/DELAYED SHIFT WITH OR WITHOUT DTCS**

TECHNICAL SERVICE BULLETIN                                                                                21-2315
10R80 - Harsh Engagement/Harsh Shift/Delayed Shift With Or Without DTCs                                  27 September 2021

Model:

| Ford | Transmission/Transaxle: (10R80) |
|---|---|
| 2018-2021 Expedition | |
| 2017-2020 F-150 | Transmission/Transaxle: (10R80) |
| 2018-2021 Mustang | Transmission/Transaxle: (10R80) |
| 2019-2021 Ranger | Transmission/Transaxle: (10R80) |
| **Lincoln** | Transmission/Transaxle: (10R80) |
| 2018-2021 Navigator | |

**Issue:** Some 2017-2020 F-150, 2018-2021 Expedition/Navigator/Mustang and 2019-2021 Ranger vehicles equipped with a 10R80 automatic transmission may exhibit a harsh engagement/harsh shift/delayed shift. It is possible the vehicle may also have an illuminated malfunction indicator lamp (MIL) or diagnostic trouble codes (DTC) P0751, P0752, P0756, P0757, P0761, P0762, P0766, P0767, P0771, P0772, P2700, P2701, P2702, P2703, P2704, P2705, P2707, P2708, P0729, P0731, P0732, P0733, P0734, P0735, P0736, P076F, P07D9, P07F6 and/or P07F7 stored in the powertrain control module (PCM) or transmission control module (TCM). This may be due to incompatibility of the adaptive calibration to adapt to hardware wear-in over time. To correct the condition, follow the Service Procedure steps to overhaul the main control valve body and/or perform an adaptive learning drive cycle.

**Action:** Follow the Service Procedure steps to correct the condition on vehicles that meet all of the following criteria:

• One of the following vehicles:

  - 2017-2020 F-150
  - 2018-2021 Expedition/Navigator/Mustang
  - 2019-2021 Ranger
• 10R80 automatic transmission
• At least one of the following symptoms:

  - Harsh engagement
  - Harsh shift
  - Delayed shift

NOTE: Part quantity refers to the number of that service part number required, which may be different than the number of individual pieces. Service part numbers contain 1 piece unless otherwise stated. "As Needed" indicates the part is required but the number may vary or is not a whole number; parts can be billed out as non-whole numbers, including less than 1. "If Needed" indicates the part is not mandatory.

27  32.    Like TSBs 18-2079 and 18-02274, TSB 21-2315 attributed the transmission

28  issues to similar "adaptive calibration" shift learning issues and the 10-speed Transmission.

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

6

33.    However, they fail to fix the transmission defects which affects the subject vehicle.

34.    Plaintiff would not have purchased the Subject Vehicle, or would have paid less for it, had Plaintiff known of the Transmission Defect, given the unsafe nature of the Defect. Furthermore, Plaintiff unknowingly exposed themselves to the risk of accident, injury, and/or liability to others as a result of the nature or the Transmission Defect, which can lead to hesitation, loss of power, and other shifting issues while driving at highway speeds. Plaintiff is a reasonable consumers who expected the Subject Vehicle to be safe and free of defects, and that Defendant FORD would not sell or lease vehicles with known safety-related defects, such as the Transmission Defect, and would disclose any such defects to its consumers when it learns of them.

35.    Although it has been fully aware of the Transmission Defect, Defendant FORD actively concealed the existence and nature of the Defect from Plaintiff at the time of purchase, repair, and thereafter.

**TOLLING OF THE STATUTES OF LIMITATION**

36.    To the extent there are any statutes of limitation applicable to Plaintiff's claims- including, without limitation, the express warranty, implied warranty, and negligent repair – the running of the limitation periods have been tolled by, *inter alia*, the following doctrines or rules: equitable tolling, the discovery rule, the fraudulent concealment rules, equitable estoppel, the repair rule, and/or class action tolling (e.g., *the American Pipe rule*).

37.    Plaintiff discovered Defendant's wrongful conduct alleged herein shortly before the filing of the complaint, as the Vehicle continued to exhibit symptoms of defects following FORD's unsuccessful attempts to repair them. However, FORD failed to provide restitution pursuant to the Song – Beverly Consumer Warranty Act.

38.    By filing this Complaint, Plaintiff hereby revokes acceptance of the Subject Vehicle yet again.

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

# FIRST CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT FORD

### VIOLATION OF SUBDIVISION (D) OF CIVIL CODE SECTION 1793.2

39.    Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

40.    Defendant FORD and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities. Despite this fact, Defendant FORD failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

41.    Plaintiff has been damaged by Defendant FORD's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

42.    Defendant FORD's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant FORD and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant FORD failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

43.    Defendant FORD does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

44.    Plaintiff seeks civil penalties pursuant to Civil Code, section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (e).

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

1

**SECOND CAUSE OF ACTION**

2

**BY PLAINTIFF AGAINST DEFENDANT FORD**

3

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE SECTION 1793.2**

4        45.    Plaintiff incorporates by reference the allegations contained in the paragraphs set

5    forth above.

6        46.    Although Plaintiff presented the Vehicle to Defendant FORD's representative in

7    this state, Defendant FORD and its representative failed to commence the service or repairs

8    within a reasonable time and failed to service or repair the Vehicle so as to conform to the

9    applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b).

10   Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

11       47.    Plaintiff has been damaged by Defendant FORD's failure to comply with its

12   obligations pursuant to Civil Code section 1793.2(b), and therefore bring this Cause of Action

13   pursuant to Civil Code section 1794.

14       48.    Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the

15   Vehicle and has exercised a right to cancel the purchase. By serving this Complaint, Plaintiff

16   did so again.  Accordingly, Plaintiff seeks the remedies provided in California Civil Code

17   section 1794(b)(1), including the entire contract price. In the alternative, Plaintiff seeks the

18   remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value

19   of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's

20   value is *de minimis.*

21       49.    Defendant FORD's failure to comply with its obligations under Civil Code

22   section 1793.2(b) was willful, in that Defendant FORD and its representative were aware that

23   they were obligated to service or repair the Vehicle to conform to the applicable express

24   warranties within 30 days, yet they failed to do so. Accordingly, Plaintiff is entitled to a civil

25   penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

26

**THIRD CAUSE OF ACTION**

27

**BY PLAINTIFF AGAINST DEFENDANT FORD**

28

**VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE SECTION 1793.2**

9

50.    Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

51.    In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant FORD failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period. Plaintiff has been damaged by Defendant FORD's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore bring this Cause of Action pursuant to Civil Code section 1794.

52.    Defendant FORD's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was willful, in that Defendant FORD knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant FORD failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages, pursuant to Civil Code section 1794(c).

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT FORD**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIV. CODE, § 1791.1; § 1794; § 1795.5)**

53.    Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

54.    Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant FORD's implied warranty of merchantability. Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant FORD, except that the duration is not to exceed one-year.

55.    Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract

1  description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3)

2  The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to

3  the promises or affirmations of fact made on the container or label.

4  56.    The subject vehicle was sold with one or more latent defect(s) set forth above.

5  The existence of the said latent defect(s) constitutes a breach of the implied warranty because

6  the Vehicle (1) does not pass without objection in the trade under the contract description, (2)

7  is not fit for the ordinary purposes for which such goods are used, (3) is not adequately

8  contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of

9  fact made on the container or label.

10  57.    Plaintiff has been damaged by Defendant FORD's failure to comply with its

11  obligations under the implied warranty, and therefore bring this Cause of Action pursuant to

12  Civil Code section 1794.

## FIFTH CAUSE OF ACTION
## BY PLAINTIFF AGAINST DEFENDANT RACEWAY
## NEGLIGENT REPAIR

16  58.    Plaintiff incorporates by reference the allegations contained in the paragraphs set

17  forth above.

18  59.    Plaintiff delivered the Subject Vehicle to Defendant RACEWAY for substantial

19  repair on at least one occasion.

20  60.    Defendant RACEWAY owed a duty to Plaintiff to use ordinary care and skill in

21  storage, preparation and repair of the Subject Vehicle in accordance with industry standards.

22  61.    Defendant RACEWAY breached its duty to Plaintiff to use ordinary care and

23  skill by failing to properly store, prepare and repair the Subject Vehicle in accordance with

24  industry standards.

25  62.    Defendant RACEWAY's negligent breach of its duties owed to Plaintiff was a

26  proximate cause of Plaintiff's damages.

27

28

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

## SIXTH CAUSE OF ACTION

## BY PLAINTIFF AGAINST DEFENDANT FORD

## FRAUDULENT INDUCEMENT CONCEALMENT

63.     Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

64.     Plaintiff purchased the Vehicle as manufactured with Defendant's 10-Speed automatic transmission.

65.     Defendant FORD committed fraud by allowing the Subject Vehicle to be sold to Plaintiff without disclosing that the Subject Vehicle and its transmission was defective and susceptible to sudden and premature failure.

66.     In particular, the Plaintiff is informed, believe and thereon allege that prior to Plaintiff acquiring the Vehicle, FORD was well aware and knew that the transmission installed in the Vehicle was defective but failed to disclose this fact to the Plaintiff at the time of the sale and thereafter.

67.     Specifically, Defendant FORD knew that vehicles equipped with the same 10-speed transmission as the Vehicle suffered from one or more defects that can cause the vehicles and their 10-speed transmissions to experience hesitation and/or delayed acceleration; harsh and/or hard shifting; jerking, shuddering, and/or juddering ("Transmission Defect"). These conditions present a safety hazard and are unreasonably dangerous to consumers because they can suddenly and unexpectedly affect the driver's ability to control the vehicle's speed, acceleration, deceleration, and/ or overall responsiveness of the vehicle in various driving conditions.

68.     Plaintiff is informed, believe and thereon allege that FORD acquired its knowledge of the Transmission Defect prior to Plaintiff acquiring the Subject Vehicle, through sources not available to consumers such as Plaintiff, including but not limited to pre-production and post-production testing data, early consumer complaints about the transmission defect made directly to FORD and its network of dealers, aggregate warranty data compiled from FORD's network of dealers, testing conducted by FORD in response to these complaints, as well warranty repair and part replacements data received by FORD from FORD's network of dealers, amongst other

12

sources of internal information.

69.    Plaintiff is informed, believe, and thereon allege that while Defendant knew about the Transmission Defect, and its safety risks, Defendant nevertheless concealed and failed to disclose the defective nature of the Vehicle and its transmission to Plaintiff at the time of sale, repair, and thereafter. Had Plaintiff known that the Subject Vehicle suffered from the Transmission Defect, they would not have purchased the Subject Vehicle.

70.    Indeed, Plaintiff alleges that Defendant knew that the Vehicle and its transmission suffered from an inherent defect, was defective, would fail prematurely, and was not suitable for its intended use.

71.    Defendant FORD was under a duty to Plaintiff to disclose the defective nature of the Subject Vehicle and its transmission, its safety consequences and/or the associated repair costs because:

a.    Defendant FORD acquired its knowledge of the Transmission Defect and its potential consequences prior to Plaintiff acquiring the Vehicle, through sources not available to consumers such as Plaintiff, including but not limited to pre-production testing data, early consumer complaints about the Transmission Defect made directly to Defendant FORD and its network of dealers, aggregate warranty data compiled from Defendant FORD's network of dealers, testing conducted by Defendant FORD in response to these complaints, as well as warranty repair and part replacements data received by Defendant FORD from Defendant FORD's network of dealers, amongst other sources of internal information;

b.    Defendant FORD was in a superior position from various internal sources to know (or should have known) the true state of facts about the material defects contained in vehicle equipped with the defective transmission; and;

c.    As early as January 2018, Consumers who purchased vehicles equipped with Ford's 10-speed transmission have been complaining about the transmission defect; and

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

13

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

d.     Plaintiff could not reasonably have been expected to learn or discover of the Vehicle's Transmission Defect and its potential consequences until well after Plaintiff purchased the Vehicle.

72.     In failing to disclose the defects in the Vehicle's transmission, Defendant FORD has knowingly and intentionally concealed material facts and breached its duty not to do so.

73.     The facts concealed or not disclosed by Defendant FORD to Plaintiff are material in that a reasonable person would have considered them to be important in deciding whether or not to purchase the Subject Vehicle. Had Plaintiff known that the Subject Vehicle and its transmissions were defective at the time of sale, they would not have purchased the Subject Vehicle.

74.     Plaintiff is a reasonable consumer who does not expect his transmission to fail and do not properly. Plaintiff further expects and assume that Defendant FORD will not sell or lease vehicles with know material defect, including but not limited to those involving the vehicle's transmission and will disclose any such defect to it's consumer before selling such vehicle.

75.     Plaintiff only became suspicious that the Vehicle suffered from the transmission defect after presenting the Vehicle to Defendant for a reasonable number of repair attempt to no avail.

76.     As a result of Defendant FORD's misconduct, Plaintiff has suffered and will continue to suffer actual damages.

77.     Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have leased and/or purchased had Plaintiff known the true facts about the Transmission Defect. Furthermore, Plaintiff unknowingly exposed themselves to the risk of liability, accident and injury as a result of Defendant's fraudulent concealment of the Transmission Defect.

78.     Plaintiff was harmed by purchasing a vehicle that Plaintiff would not have leased and/or purchased had Plaintiff known the true facts about the Transmission Defect. Furthermore, Plaintiff unknowingly exposed themselves to the risk of liability, accident and injury as a result of Defendant's fraudulent concealment of the Transmission Defect.

1

**PRAYER**

2    PLAINTIFF PRAYS for judgment against Defendant as follows:

3           a.  For general, special and actual damages according to proof;

4           b.  For restitution;

5           c.  For any consequential and incidental damages;

6           d.  For diminution in value;

7           e.  For punitive damages;

8           f.  For a civil penalty in the amount of two times Plaintiff's actual damages

9              pursuant to Civil Code section 1794, subdivision (c) or (e);

10          g.  For prejudgment interest at the legal rate;

11          h.  For costs of the suit and Plaintiff's reasonable attorneys' fees

12             pursuant to Civil Code section 1794, subdivision (d),

13          i.  For such other relief as the Court may deem proper.

14

**<u>DEMAND FOR JURY TRIAL</u>**

15   Plaintiff hereby demands a jury trial on all causes of action asserted herein.

16   Dated: March 22, 2025           STRATEGIC LEGAL PRACTICES, APC

17

18                    BY: _____

19                        TIONNA CARVALHO

20                        Attorney for Plaintiff
                          ENRIQUE LOPEZ

21

22

23

24

25

26

27

28

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

# Exhibit A



2019 Model Year **Ford Warranty** Guide

(Except F-650/750, Hybrid and Electric Vehicles)

owner.ford.com

ford.ca

April 2018
First Printing
Litho in U.S.A.

FSC
MIX
Paper
FSC® C102270

KW7J 19T201 AA



Your satisfaction is our #1 goal. If you have any questions or concerns, or are unsatisfied with the service you are receiving, follow these steps:

1. Contact your Sales Representative or Service Advisor at your selling/servicing dealership.

2. If your inquiry or concern remains unresolved, contact the Sales Manager, Service Manager or Customer Relations Manager.

3. If you require assistance or clarification on Ford Motor Company policies or procedures, please contact the Ford Customer Relationship Center.

| In the United States: | In Canada: |
|---|---|
| Ford Motor Company<br>Customer Relationship Center<br>P.O. Box 6248<br>Dearborn, MI 48121<br>1-800-392-3673 (FORD)<br>(TDD for the hearing impaired:<br>1–800-232-5952)<br>www.owner.ford.com | Customer Relationship Centre<br>Ford Motor Company<br>of Canada, Limited<br>P.O. Box 2000<br>Oakville, Ontario L6J 5E4<br>1–800-565-3673 (FORD)<br>www.ford.ca |
| **In Asia-Pacific Region, Sub-Saharan Africa, U.S. Virgin Islands, Central America, the Caribbean, and Israel:** | **In Puerto Rico:** |
| Ford Motor Company<br>Ford Export Operations<br>Attention: Customer Relations<br>1555 Fairlane Drive<br>Fairlane Business Park #3<br>Allen Park, MI 48101<br>Telephone: (313) 594-4857<br>For customers in Guam, the Commonwealth of the Northern Mariana Islands (CNMI), America Samoa, and the U.S. Virgin Islands, please feel free to call our Toll-Free Number:<br>(800) 841-FORD (3673)<br>Fax: (313) 390-0804<br>E-mail: expcac@ford.com | Ford International<br>Business Development, Inc.<br>P.O. Box 11957<br>Caparra Heights Station<br>San Juan, PR 00922-1957<br>Telephone: (800) 841-FORD (3673)<br>Fax: (313) 390-0804<br>E-mail: prcac@ford.com<br>www.ford.com.pr |
| **In Middle East:** | |
| Ford Middle East<br>Customer Relationship Center<br>P.O. Box 21470<br>Dubai, United Arab Emirates<br>Telephone: 971-4-3326084<br>Toll-free Number for the Kingdom of Saudi Arabia:<br>800 8971409<br>Local Telephone Number for Kuwait:<br>24810575<br>Fax: 971-4-3327299<br>E-mail: menacac@ford.com<br>www.me.ford.com | |

# Table of Contents

1.  **INTRODUCTION**                                                          1

2.  **IMPORTANT INFORMATION YOU SHOULD KNOW**                                 2

    **If You Need Customer Assistance**                                       2

    **Know When Your Warranty Begins**                                        2

    **Check Your Vehicle**                                                    2

    **Maintain Your Vehicle Properly**                                        2

    **Who Pays For Warranty Repairs?**                                        3

    **Do Warranties Apply In Other Countries?**                               4

3.  **THE NEW VEHICLE LIMITED WARRANTY FOR YOUR 2019-MODEL VEHICLE**          5

    **Limitations And Disclaimers**                                           5

    **What Is Covered?**                                                      8

    **What Is Not Covered?**                                                  12

4.  **IN ADDITION ...**                                                       16

    **Roadside Service Assistance (United States, Puerto Rico, And U.S. Virgin Islands)**   16

5.  **FEDERAL REQUIREMENTS FOR EMISSIONS WARRANTIES**                         17

    **What Is Covered?**                                                      20

    **What Is Not Covered?**                                                  21

6.  **CALIFORNIA REQUIREMENTS FOR EMISSIONS WARRANTIES**                      22

    **What Is Covered?**                                                      26

    **What Is Not Covered?**                                                  27

**7. ADDITIONAL INFORMATION ABOUT YOUR EMISSIONS WARRANTY COVERAGE, UNDER FEDERAL AND CALIFORNIA REQUIREMENTS**                28

**8. NOISE EMISSIONS WARRANTY**                30

**9. FORD PROTECT EXTENDED SERVICE PLAN**                31

**10. BETTER BUSINESS BUREAU (BBB) AUTO LINE PROGRAM**                32

**11. STATE WARRANTY ENFORCEMENT LAWS**                33

**12. IMPORTANT INFORMATION ABOUT AMBULANCE CONVERSIONS**                34

## 1. Introduction

**Ford Motor Company** and your selling dealer thank you for selecting one of our quality products. Our commitment to you and your vehicle begins with quality protection and service.

When you need warranty repairs, your selling dealer would like you to return to it for that service, but you may also take your vehicle to another Ford Motor Company dealership authorized for warranty repairs. Certain warranty repairs require special training though, so not all dealers are authorized to perform all warranty repairs. That means that, depending on the warranty repair needed, the vehicle may need to be taken to another dealer. If a particular dealership cannot assist you, then contact the Customer Relationship Center at 1-800-392-3673.

This booklet explains in detail the warranty coverages that apply to your 2019-model car or light truck. If you bought a previously owned 2019-model vehicle, you are eligible for any remaining warranty coverages.

Ford Motor Company provides the **Emissions Defect Warranties** and **Emissions Performance Warranties** which cover your emissions control systems, and **Noise Emissions Warranty** which applies only to medium/heavy duty trucks over 10,000 pounds Gross Vehicle Weight Rating (pages 17-30).

## 2. Important information you should know

### IF YOU NEED CUSTOMER ASSISTANCE

Your Ford Motor Company dealer is available to assist you with all your automotive needs. Please follow the procedures outlined on the front page of this booklet.

In addition, if you are an eligible U.S. owner, you may use - at no cost - the services of the BBB AUTO LINE program. For details, see Better Business Bureau (BBB) AUTO LINE program, page 32 or call 1-800-955-5100.

### KNOW WHEN YOUR WARRANTY BEGINS

Your **Warranty Start Date** is the day you take delivery of your new vehicle or the day it is first put into service (for example, as a dealer demonstrator), whichever occurs first.

### CHECK YOUR VEHICLE

We try to check vehicles carefully at the assembly plant and the dealership, and we usually correct any damage to paint, sheet metal, upholstery, or other appearance items. But occasionally something may slip past us, and a customer may find that a vehicle was damaged before he or she took delivery. If you see any damage when you receive your vehicle, notify your dealership within one week.

### MAINTAIN YOUR VEHICLE PROPERLY

Your glove compartment contains an **Owner's Manual** which indicates the scheduled maintenance required for your vehicle. Proper maintenance guards against major repair expenses resulting from neglect or inadequate maintenance, may help increase the value you receive when you sell or trade your vehicle, and is important in allowing your vehicle to comply with applicable emissions standards.

It is your responsibility to make sure that all of the scheduled maintenance is performed and that the materials used meet Ford engineering specifications. Failure to perform scheduled maintenance as specified in the Owner's Manual will invalidate warranty coverage on

**2**

parts affected by the lack of maintenance. Make sure that receipts for completed maintenance work are retained with the vehicle and confirmation of maintenance work is always entered in your **Owner's Manual**.

Your Ford or Lincoln dealership, or Ford or Lincoln Auto Care Service Center, has factory-trained technicians who can perform the required maintenance using genuine Ford parts. The dealership looks forward to meeting your every service need to maximize your satisfaction with your vehicle.

## WHO PAYS FOR WARRANTY REPAIRS?

You will not be charged for repairs covered by any applicable warranty during the stated coverage periods, unless specifically stated elsewhere in this guide.

Some states have mandated alternate time coverage periods for parts of your vehicle (e.g. seatbelts).

Some states and/or local governments may require a tax on a portion of warranty repairs. Where applicable law allows, the tax must be paid by you, the owner of the vehicle.

During the Bumper to Bumper Warranty period, dealers may receive instructions to provide no-cost, service-type improvements - not originally included in your Owner's Manual - intended to increase your overall satisfaction with your vehicle.

Sometimes Ford may offer a special adjustment program to pay all or part of the cost of certain repairs beyond the terms of the applicable warranty. Check with your dealer or call 1-800-392-3673 to learn whether any adjustment program is applicable to your vehicle. Please have your vehicle identification number available.

**3**

## DO WARRANTIES APPLY IN OTHER COUNTRIES?

The **New Vehicle Limited Warranty** and the **Emissions Warranties** described in this booklet apply to your vehicle if:

- it was originally purchased through the Ford Export Operations Military Sales Program; or
- it was originally sold or leased by Ford Motor Company or one of its dealers in the United States or U.S. Federalized Territories, and it was originally registered/licensed and operated in the United States, U.S. Federalized Territories, or Canada.

If you meet either of these two requirements, you do have warranty coverage when you travel with this vehicle outside the United States, U.S. Federalized Territories, or Canada. In some cases, however, you may have to pay the servicing Ford dealer in a foreign country or U.S. Federalized Territory for a repair that is covered under the U.S. warranty. If this happens, be sure to save the paid repair order or invoice. You should present this document to a U.S. Ford Motor Company dealer for warranty refund consideration. Refer to www.Ford.com for additional customer assistance reference information.

**4**

## 3. The New Vehicle Limited Warranty for your 2019-model vehicle

### LIMITATIONS AND DISCLAIMERS

All of the warranties in this booklet are subject to the following limitations and disclaimers:

The warranties in this booklet are the only express warranties applicable to your vehicle. Ford does not assume or authorize anyone to assume for it any other obligation or liability in connection with your vehicle or these warranties. No person, including Ford employees or dealers, may modify or waive any part of these warranties.

Ford and its dealers reserve the right to make changes in or additions to vehicles built or sold by them at any time without incurring any obligation to make the same or similar changes or additions to vehicles previously built or sold.

Ford and its dealers also reserve the right to provide post-warranty repairs, conduct recalls, or extend the warranty coverage period for certain vehicles or vehicle populations, at the sole discretion of Ford. The fact that Ford has provided such measures to a particular vehicle or vehicle population in no way obligates Ford to provide similar accommodations to other owners of similar vehicles.

As a condition of these warranties, you are responsible for properly using, maintaining, and caring for your vehicle as outlined in your Owner's Manual. Ford recommends that you maintain copies of all maintenance records and receipts for review by Ford.

Ford and your dealer are not responsible for any time or income that you lose, any inconvenience you might be caused, the loss of your transportation or use of your vehicle, the cost of rental vehicles, fuel, telephone, travel, meals, or lodging, the loss of personal or commercial property, the loss of revenue, or for any other incidental or consequential damages you may have.

Punitive, exemplary, or multiple damages may not be recovered unless applicable law prohibits their disclaimer.

You may not bring any warranty-related claim as a class representative, a private attorney general, a member of a class of claimants or in any other representative capacity.

Ford shall not be liable for any damages caused by delay in delivery or furnishing of any products and/or services.

You may have some implied warranties. For example, you may have an implied warranty of merchantability (that the car or light truck is reasonably fit for the general purpose for which it was sold) or an implied warranty of fitness for a particular purpose (that the car or light truck is suitable for your special purposes), if a special purpose was specifically disclosed to Ford itself not merely to the dealer before your purchase, and Ford itself not just the dealer told you the vehicle would be suitable for that purpose.

These implied warranties are limited, to the extent allowed by law, to the time period covered by the written warranties, or to the applicable time period provided by state law, whichever period is shorter.

**DISCLAIMER OF IMPLIED WARRANTIES FOR BUSINESS AND RACING USE**

*\*\*\* Ford disclaims all implied warranties if the vehicle is used for business or commercial purposes. \*\*\**

*\*\*\* Ford disclaims the implied warranty of fitness for a particular purpose if your vehicle is used for racing, even if the vehicle is equipped for racing. \*\*\**

**6**

The warranties contained in this booklet and all questions regarding their enforceability and interpretation are governed by the law of the state in which you purchased your Ford vehicle. Some states do not allow Ford to limit how long an implied warranty lasts or to exclude or limit incidental or consequential damages, so the limitation and exclusions described above may not apply to you.

## APPLICABILITY OF LIMITATIONS OF IMPLIED WARRANTY TO NEW VEHICLE LIMITED WARRANTY AND EMISSIONS WARRANTY

*** *This information about the limitation of implied warranties and the exclusion of incidental and consequential damages under the NEW VEHICLE LIMITED WARRANTY also applies to the EMISSIONS WARRANTIES described on pages 17-29.* ***

Ford participates in the BBB AUTO LINE warranty dispute resolution program. You may contact BBB AUTO LINE by calling 800-955-5100.

You are required to submit your warranty dispute to the BBB AUTO LINE before exercising rights or seeking remedies under the Federal Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq. To the extent permitted by the applicable state "Lemon Law", you are also required to submit your warranty dispute to the BBB AUTO LINE before exercising any rights or seeking remedies under the "Lemon Law". If you choose to seek remedies that are not created by the Magnuson-Moss Warranty Act or the applicable state "Lemon Law," you are not required to first use BBB AUTO LINE to resolve your dispute – although the program is still available to you.

For more information regarding the BBB AUTO LINE program, see page 32 of this booklet.

**7**

# QUICK REFERENCE: WARRANTY COVERAGE

This chart gives a general summary of your warranty coverage provided by Ford Motor Company under the **New Vehicle Limited Warranty.** Please refer to the description of warranty coverage for more specific information.

For each type of coverage, the chart shows two measures:

- years in service
- miles driven

## Your New Vehicle Limited Warranty

| TYPE OF COVERAGE | YEARS IN SERVICE/MILES DRIVEN |
|---|---|
| BUMPER TO BUMPER | 3/36,000 |
| POWERTRAIN | 5/60,000 |
| SAFETY RESTRAINT SYSTEM | 5/60,000 |
| CORROSION (Perforation only) | 5/UNLIMITED |
| DIESEL ENGINE | 5/100,000 |

The measure that occurs first determines how long your coverage lasts. For example: Your Bumper to Bumper Coverage lasts for three years - unless you drive more than 36,000 miles before three years elapse. In that case, your coverage ends at 36,000 miles.

For more details on coverage, see:

➡ **What is Covered?** (pages 8-12)
➡ **What is Not Covered?** (pages 12-15)

## WHAT IS COVERED?

Your NEW VEHICLE LIMITED WARRANTY gives you specific legal rights. You may have other rights that vary from state to state. Under your New Vehicle Limited Warranty if:

- your Ford vehicle is properly operated and maintained, and

**8**

- was taken to a Ford dealership for a warranted repair during the
warranty period,

then authorized Ford Motor Company dealers will, without charge,
repair, replace, or adjust all parts on your vehicle that malfunction or fail
during normal use during the applicable coverage period due to a
manufacturing defect in factory-supplied materials or factory workmanship.

This warranty does not mean that each Ford vehicle is defect free.
Defects may be unintentionally introduced into vehicles during the
design and manufacturing processes and such defects could result in the
need for repairs. Ford provides the New Vehicle Limited Warranty only
to remedy manufacturing defects that result in vehicle part malfunction
or failure during the warranty period.

The remedy under this written warranty, and any implied warranty, is
limited to repair, replacement, or adjustment of defective parts. This
exclusive remedy shall not be deemed to have failed its essential purpose
so long as Ford, through its authorized dealers, is willing and able to
repair, replace, or adjust defective parts in the prescribed manner. Ford's
liability, if any, shall in no event exceed the cost of correcting
manufacturing defects as herein provided and upon expiration of this
warranty, any such liability shall terminate.

Conditions that are not covered by the New Vehicle Limited Warranty
are described on pages 12-15. When making warranty repairs on your
vehicle, the dealer will use Ford or Motorcraft parts or remanufactured
or other parts that are authorized by Ford, at the discretion of Ford or
the Ford dealership.

Nothing in this warranty should be construed as requiring defective parts
to be replaced with parts of a different type or design than the original
part, so long as the vehicle functions properly with the replacement part.
Moreover, Ford and its authorized dealers are entitled to a reasonable
time and a reasonable number of attempts within which to diagnose and
repair any defect covered by this warranty.

In certain instances, Ford may authorize repairs at other than Ford
dealer facilities.

Two separate warranties apply to tires on your new vehicle. The New
Vehicle Limited Warranty covers tire defects in factory supplied material
or workmanship for 100% of labor costs and on a pro rata adjustment
basis for parts. (See the reimbursement schedule below).

For vehicles within the New Vehicle Limited Warranty time in service and mileage coverage period, defective tires will be replaced on a pro rata adjustment basis according to the following mileage-based Reimbursement Schedule:

| MILES DRIVEN | PERCENT OF PARTS COVERED BY FORD |
|---|---|
| 1-12,000 | 100% |
| 12,001-24,000 | 60% |
| 24,001-36,000 | 30% |

The tire manufacturer also provides you with a separate tire warranty that may extend beyond the New Vehicle Limited Warranty coverage. You will find the manufacturer's tire warranty with the owner literature supplied with your vehicle. You have the option of having a tire warranty repair performed by the tire manufacturer's authorized service center. If you go to a tire service center for a repair covered by the New Vehicle Limited Warranty, you may be charged a prorated amount for wear or other charges. If so, you should present your paid invoice detailing the nature of the charges to any Ford Motor Company dealership for refund consideration. When making warranty repairs on your vehicle, the dealer will use Ford or Motorcraft parts or remanufactured or other parts that are authorized by Ford. In certain instances, Ford may authorize repairs at other than Ford dealer facilities. Tire replacements under warranty will be made with the same brand and model as originally equipped with the vehicle unless the same brand and model is no longer available, in which case a tire of the same brand, size, load, speed and tread type will be used. In some circumstances, Ford may authorize another brand and/or model to substitute for the original brand and model, even if still available.

Normal tire wear or damage is not reimbursable. See page 15 for details of what is not covered.

**Extended warranty coverage periods are available for certain vehicle parts and conditions. Specifically,**

(1) Your vehicle's Powertrain components are covered for five years or 60,000 miles, whichever occurs first. The extended coverage applies to the **Engine:** all internal lubricated parts, cylinder block, cylinder heads, electrical fuel pump, powertrain control module, engine mounts, flywheel, injection pump, manifold (exhaust and intake), manifold bolts, oil pan, oil pump, seals and gaskets, engine thermostat, engine thermostat housing, timing chain cover, timing chain (gears or belt), turbocharger/supercharger unit, valve covers, water pump;

**10**

**Transmission:** all internal parts, clutch cover, seals and gaskets, torque converter, transfer case (including all internal parts), transmission case, transmission mounts; **Front-Wheel Drive:** axle shafts, front bearings, seals and gaskets, universal and constant velocity joints; **Rear-Wheel Drive:** axle shafts, rear bearings, center support bearing, drive axle housing (including all internal parts), drive shaft, retainers, supports, seals and gaskets, universal and constant velocity joints.
**Four-Wheel/All-Wheel Drive:** axle shafts, bearings (front and rear), center support bearing, drive shafts, final drive housing (including all internal parts), hubs-automatic front locking (four-wheel drive), locking rings (four-wheel drive), seals and gaskets, universal and constant velocity joints.

(2) Your vehicle's safety belts and air bag Supplemental Restraint System (SRS) are covered for an extended Safety Restraint Coverage Period, which lasts for five years or 60,000 miles, whichever occurs first.

(3) Your vehicle's body sheet metal panels are covered for an extended Corrosion Coverage Period, which lasts for five years, regardless of miles driven. The extended warranty coverage only applies if a body sheet metal panel becomes perforated due to corrosion during normal use due to a manufacturing defect in factory-supplied materials or factory workmanship. If aluminum body panels have corrosion or rust damage, and the damage is not the result of abnormal usage, vehicle accident, customer actions and/or extreme environmental conditions, the corrosion or rust damage repairs are covered for 5 years, unlimited miles. For damage caused by airborne material (environmental fallout) where there is no factory-related defect involved and therefore no warranty – our policy is to provide free repair of paint damage due to the airborne material for 12 months or 12,000 miles, whichever occurs first.

(4) Your vehicle's direct injection diesel engine and certain engine components are covered during the Diesel Engine Coverage Period, which lasts for five years or 100,000 miles, whichever occurs first. The following parts are covered during this extended coverage period: the engine, cylinder block, heads and all internal parts, intake and exhaust manifolds, timing gear, harmonic balancer, valve covers, oil pan and pump, water pump, fuel system (excluding fuel lines, fuel tank and frame mounted fuel conditioning module sometimes referred to as the frame mounted pump/filter/water separator or frame mounted fuel filter/water separator), high pressure lines, gaskets and seals, glow plugs, turbocharger, two-stage turbocharger assembly, turbocharger actuator,

**11**

powertrain control module, high pressure fuel injection pump assembly, injectors, injection pressure sensor, fuel rail pressure sensor, exhaust back pressure regulator and sensor, exhaust pressure sensor, manifold pressure sensor, intake air temperature sensor, crankshaft position sensor, camshaft position sensor, accelerator switch.

**NOTE:** Some components may also be covered by the Emissions Warranties. For more information, see pages 17-29.

If you own or lease a 2019-model Next Generation Police Interceptor Vehicle (NGPI), refer to the Warranty Addendum Card that was given to you when you took delivery of your vehicle for further explanation of Amendments to the New Vehicle Limited Warranty. The Warranty Addendum applies only the NGPI vehicles delivered in the State of Florida and New York.

### WHAT IS NOT COVERED UNDER THE NEW VEHICLE LIMITED WARRANTY?

### Damage Caused By:

- accidents, collision or objects striking the vehicle (including driving through a car wash)
- theft, vandalism, or riot
- fire or explosion
- using contaminated or improper fuel/fluids
- customer-applied chemicals or accidental spills
- driving through water deep enough to cause water to be ingested into the engine
- misuse of the vehicle, such a driving over curbs, overloading, racing or using the vehicle as a permanent stationary power source

### Damage Caused by Alteration or Modification

The New Vehicle Limited Warranty does not cover any damage caused by:

- alterations or modifications of the vehicle, including the body, chassis, electronics or their components, after the vehicle leaves the control of Ford Motor Company
- tampering with the vehicle, tampering with the emissions systems or with the other parts that affect these systems (for example, but not limited to exhaust and intake systems)

**12**

• the installation or use of a non-Ford Motor Company part or software (other than a certified emissions part or software) or any part or software (Ford or non-Ford) designed for off-road use only installed after the vehicle leaves the control of Ford Motor Company, if the installed part fails or causes a Ford part to fail. Examples include, but are not limited to lift kits, oversized tires, roll bars, cellular phones, alarm systems, automatic starting systems and performance-enhancing powertrain components or software and performance "chips".

Your vehicle may allow, enable or facilitate the use of certain non-Ford Motor Company software. Ford is not responsible for the functionality of such software. Ford may disallow, discontinue or modify your ability to use such software at any time without prior notification or incurring any warranty or other obligation. Non-Ford Motor Company software may be governed by End User License Agreement or warranty provided by the software provider. For Ford Motor Company software see End User License Agreement found in the Owner Manual.

## Damage Caused by Use and/or the Environment

The New Vehicle Limited Warranty does not cover surface rust, deterioration and damage of paint, trim, upholstery, and other appearance items that result from use and/or exposure to the elements. You, as the owner, are responsible for these items. Some examples are:

- dings, dents
- cuts, burns, punctures or tears
- road salt
- tree sap, bird and bee droppings
- windstorm, lightening, hail
- earthquake
- freezing, water or flood
- stone chips, scratches (some examples are on paint and glass)
- windshield stress cracks. However, limited coverage on windshield stress cracks will be provided for the first 12 months or 12,000 miles (which ever occurs first), even though caused by use and/or exposure to the elements.

**Maintenance/Wear**

The New Vehicle Limited Warranty does not cover: (1) parts and labor needed to maintain the vehicle; and (2) the replacement of parts due to normal wear and tear. You, as the owner, are responsible for these items. See your Owner's Manual. Some examples of maintenance and normal wear are:

- oil changes
- oils, lubricants, other fluids
- oil/air filters
- tire rotation/inflation
- cleaning/polishing
- clutch linings
- wiper blades*
- wheel alignments and tire balancing*
- brake pad/lining*

\* Ford will replace or adjust certain maintenance items when necessary, free of charge during a limited period:

- Wiper blade replacements will be provided during the first six months in service, regardless of miles driven.
- Wheel alignments and tire balancing will be provided during the first 12 months or 12,000 miles in service, whichever occurs first.
- Brake pad/lining replacements will be provided during the first 12 months or 18,000 miles in service, whichever occurs first.

### SYNC Hands-Free Communications and Entertainment System

If your vehicle is equipped with SYNC, the New Vehicle Limited Warranty does not cover repairs under certain conditions, such as failure to provide proper installation environment. The New Vehicle Limited Warranty does not cover repairs of certain damage or loss, such as:

- Loss of personal recording media, software or data
- Loss, change, or discontinuation of functionality because of:
  - system updates to Ford Motor Company software or lack of compatibility with non-Ford Motor Company electronic devices
  - non-Ford Motor Company software, or
  - obsolescence of vehicle software or hardware
  - lack of network coverage or availability
- Damage caused by:
  - abnormal use such as insertion of foreign objects, fluid spillage
  - unauthorized modification to alter functionality or capability
  - computer or internet viruses, bugs, or malware, such as worms, Trojan Horses, cancelbots

**14**

- installation of unauthorized software, peripherals and attachments
- unauthorized, unapproved and/or incompatible repairs, upgrades and modification
- the defective function or obsolescence of your cellular phone or digital media device (for example, inadequate signal reception by the external antenna, viruses or other software problems)

## Tire Wear or Damage

The New Vehicle Limited Warranty does not cover normal wear or worn out tires. Tires will not be replaced (unless required by a warranty repair) for wear or damage including:

- tire damage from road hazard such as cuts, snags, bruises, bulges, puncture, and impact breaks
- tire damage due to under or over inflation, tire chain use, racing, spinning (as when stuck in snow or mud), improper mounting or dismounting, or tire repair

## Other Items or Conditions Not Covered

The New Vehicle Limited Warranty does not cover:

- vehicles that have had the odometer disconnected, altered, or inoperative for an extended period of time with the result that the actual mileage cannot be determined
- vehicles that have ever been labeled or branded as dismantled, fire, flood, junk, rebuilt, reconstructed, or salvaged; this will void the New Vehicle Limited Warranty
- vehicles that have been determined to be a total loss by an insurance company; this will void the New Vehicle Limited Warranty
- converted ambulances that are not equipped with the Ford Ambulance Prep Package, see important information about ambulance conversions (page 34)
- Aftermarket parts or components, sometimes installed by Ford Motor Company or an authorized Ford dealership, may not be covered by the New Vehicle Limited Warranty. Any damage caused to Ford components due to the failure of aftermarket parts (other than a certified emissions part) is not covered.

**15**

## 4. In addition ...

### ROADSIDE SERVICE ASSISTANCE
### (UNITED STATES, PUERTO RICO, AND U.S. VIRGIN ISLANDS)

Your vehicle is covered by the complimentary Ford Roadside Assistance Program (unless you are driving a daily rental unit). Under this program, Ford will cover:

- Towing to the nearest Ford Motor Company dealership, or towing to your selling dealership if within 35 miles of the disablement
- Flat tire change (vehicle must have useable spare)
- Fuel delivery (limited to two occurrences in a 12-month period up to 2 gal. gas, 5 gal. diesel)
- Jump starts
- Lock-out assistance (replacement key cost is customer responsibility)
- Winch out services: includes pulling a vehicle within 100 feet of a paved or county maintained road. No recoveries.

The Roadside Assistance Program is separate from the New Vehicle Limited Warranty. It begins at the warranty start date and lasts for five years or 60,000 miles (whichever occurs first). If you need towing beyond the five years or 60,000 miles (whichever occurs first) period, Ford can arrange roadside assistance and charge your credit card. If the reason for the vehicle disablement is later found to be covered by another Ford warranty, Ford will provide a refund for the tow charge under the other warranty, through the dealership.

**For emergency roadside assistance, call 1-800-241-3673, 24 hours a day, 365 days a year.**

Ford Rent-A-Car (FRAC) and Dealer Daily Rental (DDR) vehicles that must be towed because a covered repair failed during the warranty coverage period, Ford will cover towing to the nearest Ford Motor Company dealership.

Ford Motor Company reserves the right to modify or discontinue Roadside Assistance at any time. Certain restrictions apply to Roadside Assistance benefits. Call 1-800-241-3673 for further details.

**16**

# 5. Federal requirements for emissions warranties

## QUICK REFERENCE: EMISSIONS WARRANTY COVERAGE

This chart shows your warranty coverage under two emissions warranties that Ford Motor Company provides, in compliance with Federal requirements. The warranties are:

- Emissions Defects Warranty
- Emissions Performance Warranty



**Emissions Warranties for Your Vehicle**

| TYPE OF COVERAGE | YEARS IN SERVICE/MILES DRIVEN |
|---|---|
| **DEFECTS WARRANTY** | |
| Passenger Cars & Light Duty Trucks* | 2/24,000 |
| Heavy Duty Vehicles** | 5/50,000 |
| Certain Emissions Parts* | 8/80,000 |
| **PERFORMANCE WARRANTY** | |
| Passenger Cars & Light Duty Trucks* | |
| Heavy Duty Vehicles** | 5/50,000 |
| Certain Emissions Parts* | 8/80,000 |

\* Applies to vehicles up to 8,500 pounds gross vehicle weight rating (GVWR)
\*\* Applies to trucks over 8,500 pounds gross vehicle weight rating (GVWR) up to 19,500 pounds gross vehicle weight rating (GVWR). Vocational vehicle tires covered for 2/24,000 for defects that affect compliance with greenhouse gas requirements.

For full details on emissions control coverage, see:

➡ **Emissions Defect Warranty** (page 18)
➡ **Emissions Performance Warranty** (page 19)
➡ **What is Covered?** (pages 20-21)
➡ **What is Not Covered?** (page 21)

**17**

# EMISSIONS DEFECT WARRANTY COVERAGE

During the warranty coverage period, Ford Motor Company warrants that:

- your vehicle or engine is designed, built, and equipped to meet - at the time it is sold - the emissions regulations of the U.S. Environmental Protection Agency (EPA).
- your vehicle or engine is free from emission-related defects in factory-supplied materials or workmanship, which are defects that could prevent the vehicle or engine from conforming with applicable EPA regulations.
- you will not be charged for diagnosis, repair, replacement, or adjustment of parts containing an emissions-related defect. A list of emission-related parts can be found in **What is Covered?** on pages 20-21.

The warranty coverage period for:

- The emissions defects warranty coverage period for passenger cars and light duty trucks (applies to vehicles up to 8,500 pound GVWR) is as follows:
  — 8 years or 80,000 miles (whichever occurs first) for catalytic converters, electronic emissions control unit, and onboard emissions diagnostic devices, including the Battery Energy Control Module (BECM).
  — 2 years or 24,000 miles (whichever occurs first) for all other covered parts. (Note: Ford's 3-year, 36,000-mile bumper-to-bumper coverage, as described above, surpasses this mandatory federal coverage.)
- Heavy duty vehicles (applies to trucks over 8,500 pounds GVWR up to 19,500 pounds GVWR)
  — The emissions warranty coverage period for heavy duty vehicles (HDVs) is 5 years or 50,000 miles (whichever comes first) for all parts covered by your emissions warranty.

  **• Only for HDVs <u>not</u> designated as ″vocational vehicles″ on the underhood ″VEHICLE EMISSION CONTROL INFORMATION″ label:** The 5 year/50,000 mile warranty includes coverage of components whose failure would increase the vehicle's emissions of air conditioning refrigerants.

  **• Only for HDVs designated as ″vocational vehicles″ on the underhood ″VEHICLE EMISSION CONTROL INFORMATION″ label:** Tire defects that affect compliance with emission standards are covered for 2 years or 24,000 miles, whichever comes first.

**18**

# EMISSIONS PERFORMANCE WARRANTY COVERAGE

Under Emissions Performance Warranty Coverage, Ford Motor Company will repair, replace, or adjust - with no charge for labor, diagnosis, or parts - any emissions control device or system, if you meet all of the following conditions:

- You have maintained and operated your vehicle according to the instructions on proper care in the **Owner's Manual** and this booklet.
- Your vehicle fails to conform, during the warranty coverage period, to the applicable national EPA standards, as determined by an EPA approved inspection and maintenance program.
- You are subject to a penalty or sanction under local, state, or federal law because your vehicle has failed to conform to the emissions standards. (A penalty or sanction can include being denied the right to use your vehicle.)
- Your vehicle has not been tampered with, misused, or abused.

The warranty coverage period for:

- Passenger cars and light duty trucks (applies to vehicles up to 8,500 pounds GVWR) is as follows:
  — 8 years or 80,000 miles (whichever occurs first) for catalytic converter, electronic emissions control unit, and onboard emissions diagnostic devices.
  — 2 years or 24,000 miles (whichever occurs first) for all other covered parts .
- Heavy duty vehicles (applies to trucks over 8,500 pounds GVWR up to 19,500 pounds GVWR)
  — 5 years or 50,000 miles (whichever occurs first) for all covered parts.

See **WHAT IS COVERED?** below for list of covered parts.

Note that the warranty period begins on the **Warranty Start Date** as specified on page 2 of this booklet.

**19**

For your vehicle if these parts contain an emissions-related defect, they are covered by both the Emissions Defect Warranty and the Emissions Performance Warranty.

- Air Flow Sensor
- Air/Fuel Feedback Control System and Sensors
- Air Induction System
- Catalytic Converters (including Selective Catalytic Reduction and Diesel Oxidation Catalysts)
- Cold Start Enrichment System (diesel only)
- Controls for Deceleration (diesel only)
- Diesel Exhaust Fluid System
- Diesel Particulate Filter
- Electronic Ignition System (diesel only)
- Electronic Engine Control Sensors and Switches
- Powertrain Control Module (PCM)/Engine Control Module (ECM)*
- Evaporative Emission Control System
- Exhaust Gas Recirculation (EGR) System
- Exhaust Manifold
- Exhaust Pipe (Manifold to Catalyst)
- Fuel Filler Tube and Seal (non-diesel only)
- Fuel Injection System
- Fuel Injector Supply Manifold
- Fuel Tank (non-diesel only)
- Fuel Tank Pressure Control Valve
- Ignition Coil and/or Control Module
- Intake Manifold
- Intercooler Assembly - Engine Charger
- Malfunction Indicator Lamp (MIL)/On-Board Diagnostic (OBD) System
- PCV system and Oil Filler Cap
- Secondary Air Injection System
- Spark Control Components
- Spark Plugs and Ignition Wires
- Thermostat
- Throttle Body Assembly (MFI)
- Transmission Control Module (TCM) and Solenoids
- Turbocharger Assembly
- Vacuum Distribution System

* Includes hardware and emissions related software changes only

**20**

Also covered by the two emissions warranties are all emissions-related bulbs, hoses, clamps, brackets, tubes, gaskets, seals, belts, connectors, non-diesel fuel lines, sensors, and wiring harnesses that are used with components on the list of parts, above.

Concerning parts that should be replaced on a certain maintenance schedule: these parts remain under warranty until : (a) the first replacement time that is specified in your **Owner's Manual**; or (b) the time or mileage limits of the Federal Defect and Performance Warranties (whichever occurs first). Your Ford Motor Company dealer maintains a complete list of parts covered by the emissions performance warranty. For questions about emission-related parts, contact your dealer.

### WHAT IS NOT COVERED?

Ford Motor Company may deny you emissions warranty coverage if your vehicle or a part does not contain an emissions-related defect or has failed because of abuse, neglect, improper maintenance, unapproved modifications, or any items included in **What Is Not Covered?**, pages 12-15.

If you need more information about getting service under the **Federal Emissions Performance Warranty**, or if you want to report what you believe to be violations of the terms of this warranty, you may contact:

**U.S. Environmental Protection Agency**
**Office of Transportation and Air Quality**
**Compliance Division, Light-Duty Vehicle Group**
**Attn: Warranty Complaints**
**2000 Traverwood Drive**
**Ann Arbor, MI 48105**
**Email: complianceinfo@epa.gov**

## 6. California requirements for emissions warranties

### QUICK REFERENCE: EMISSIONS WARRANTY COVERAGE

This chart shows the emission warranty that Ford Motor Company provides for your vehicle under the emissions control warranty in accordance with the regulations of the California Air Resources Board. This coverage is in addition to Federal Emission warranties (Page 17).

**Emissions Warranties for California Certified Vehicles**



\* Gross Vehicle Weight Rating
\*\* These specific parts were selected on the basis of their estimated replacement cost at the time the California Air Resources Board certified your vehicle for sale in California (up to 14,000 GVWR).
\*\*\* Diesel engine vehicles over 14,000 pounds GVWR are covered for 5 years or 100,000 miles.

**22**

# Vehicles Eligible for California Emission Warranty Coverage

California emission warranty coverage applies if your vehicle meets the following two requirements:

- Your vehicle is registered in a state[1] that has adopted and is enforcing California emission warranty regulations applicable for your vehicle at the time of repair, and
- Your vehicle is certified for sale in California as indicated on the vehicle emission control information label.

[1] Subject to change, the following states have adopted and are enforcing California emission warranty regulations:

- **Passenger Car & Light-duty Trucks** (up to 8,500 pounds GVWR) - California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont and Washington
- **Medium-Duty Passenger Vehicles** (up to 10,000 pounds GVWR designed primarily for the transportation of persons. Excludes incomplete trucks, trucks with a seating capacity either over twelve persons total or over nine persons rearward of the driver's seat, or trucks with an open cargo area of at least six feet of interior length): California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New York, Oregon, Rhode Island, Vermont and Washington
- **Medium-Duty Vehicles** (over 8,500 pounds GVWR up to 14,000 pounds GVWR) - California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New York, Oregon, Rhode Island, and Vermont.
- **Light Heavy-Duty Diesel Engine Vehicles** (over 14,000 pounds GVWR up to 19,500 pounds GVWR) - California, Maine and Pennsylvania.

For full details about coverage under California requirements for emissions control, see:

➡ **Defects Warranties** (pages 24-28)
➡ **Performance Warranty** (pages 24-25)
➡ **What Is Covered?** (pages 26-27)
➡ **What Is Not Covered?** (page 27)

# EXPLANATION OF CALIFORNIA EMISSIONS WARRANTIES

## Your Warranty Rights and Obligations

The California Air Resources Board and Ford Motor Company are pleased to explain the emission control system warranty on your 2019-model vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the State's stringent anti-smog standards. Ford must warrant the emission control system on your vehicle for the periods of time listed on pages 24-26, provided there has been no abuse, neglect, or improper maintenance of your vehicle.

Your emission control system may include parts such as the fuel injection system, the ignition system, catalytic converter, and the engine computer. Also included may be hoses, belts, connectors, and other emissions-related assemblies.

Where a warrantable condition exists, Ford Motor Company will repair your vehicle at no cost to you including diagnosis, parts, and labor.

## Manufacturer's Warranty Coverage

For Vehicles Eligible for California Emission Warranty Coverage

If Gross Vehicle Weight Rating is 14,000 lbs. or less:

For 3 years or 50,000 miles (whichever first occurs):

1. If your vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by Ford to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.

2. If any emissions-related part on your vehicle is defective, the part will be repaired or replaced by Ford. This is your short-term emission control system DEFECTS WARRANTY.

For 7 years or 70,000 miles (whichever first occurs):

If a high-priced emissions-related part is defective or if its failure causes your vehicle to fail a Smog Check inspection, the part will be repaired or replaced by Ford. This is your long-term emission control system DEFECTS WARRANTY.

**24**

For a list of the high-priced emission-related parts that are covered for 7 years or 70,000 miles, go to www.owner.ford.com / Owner Manuals. Select the list that corresponds to the model and the model year of your vehicle. NOTE: This list is vehicle specific and may not be the same for all vehicles. It is based on the replacement cost of each specific part, which can vary between vehicle lines.

If Gross Vehicle Weight rating is over 14,000 lbs.:

For 5 years or 50,000 miles (gasoline powered engines and vehicles) or 5 years or 100,000 miles (diesel powered engines and vehicles) (whichever first occurs):

If an emissions-related part on your vehicle is defective, the part will be repaired or replaced by Ford. This is your emission control system DEFECTS WARRANTY.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the required maintenance listed in your owner's manual. Ford Motor Company recommends that you retain all receipts covering maintenance on your vehicle, but Ford cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a Ford Motor Company dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that Ford Motor Company may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance, or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, or if you want to report what you believe to be violations of the terms of this warranty, you may contact the Ford Customer Relationship Center at 1-800-392-3673 (FORD) or the California Air Resources Board at:

**California Air Resources Board**
**9528 Telstar Avenue**
**El Monte, California 91731**

## WHAT IS COVERED?

If the parts on the following list contains a defect that affects emissions, they are covered by the Defects Warranties.

- Air Flow Sensor
- Air/Fuel Feedback Control System and Sensors
- Air Induction System
- Catalytic Converters (including Selective Catalytic Reduction and Diesel Oxidation Catalysts)
- Cold Start Enrichment System (diesel only)
- Controls for Deceleration (diesel only)
- Diesel Exhaust Fluid System
- Diesel Particulate Filter
- Electronic Ignition System (diesel only)
- Electronic Engine Control Sensors and Switches
- Powertrain Control Module (PCM)/Engine Control Module (ECM)*
- Evaporative Emission Control System
- Exhaust Gas Recirculation (EGR) System
- Exhaust Manifold
- Exhaust Pipe (Manifold to Catalyst)
- Fuel Filler Tube and Seal (non-diesel only)
- Fuel Injection System
- Fuel Injector Supply Manifold
- Fuel Tank (non-diesel only)
- Fuel Tank Pressure Control Valve
- Ignition Coil and/or Control Module
- Intake Manifold
- Intercooler Assembly - Engine Charger
- Malfunction Indicator Lamp (MIL)/On-Board Diagnostic (OBD) System
- PCV System and Oil Filler Cap
- Secondary Air Injection System
- Spark Control Components
- Spark Plugs and Ignition Wires
- Thermostat
- Throttle Body Assembly (MFI)
- Transmission Control Module (TCM) and Solenoids
- Turbocharger Assembly
- Vacuum Distribution System

* Includes hardware and emissions related software changes only

**27**

**Important Information about List of Parts**

There may be additional coverage for these parts through the Bumper to Bumper, Powertrain, or Diesel Engine limited warranties. In any case, the warranty with the broadest coverage applies.

Also covered by this warranty are all emissions-related bulbs, hoses, clamps, brackets, tubes, gaskets, seals, belts, connectors, non diesel fuel lines, and wiring harnesses that are used with components on the list of parts above.

Concerning parts that should be replaced on a certain maintenance schedule: these parts remain under warranty until the first required replacement time that is specified in your **Owner's Manual**.

**NOTE**: If the diagnosis does not reveal a defect, the Defects Warranty does not apply.

Your Ford Motor Company dealer maintains a complete list of covered parts. For more details about the specific parts that are covered by the Defects Warranty, contact your dealer.

### WHAT IS NOT COVERED?

Ford Motor Company may deny you emissions warranty coverage if your vehicle or a part does not contain a defect that affects emissions or has failed because of abuse, neglect, improper maintenance, unapproved modifications, or any items included in **What Is Not Covered?**, pages 12-15.

## 7. Additional information about your emissions warranty coverage, under Federal and California requirements

### HOW DO I GET WARRANTY SERVICE?

To get service under your emissions warranties, take your vehicle to any Ford Motor Company dealer as soon as possible after illumination of the Malfunction Indicator Light or it has failed an EPA-approved test or a California Smog Check inspection. Be sure to show the dealer the document that says your vehicle has failed the test.

Your dealer will determine whether the repair is covered by the warranty. If the dealer has a question about Emissions Performance Warranty coverage, it will forward the question to Ford Motor Company, which must make a final decision within 30 days after you bring your vehicle in for repair. (The decision will be made within a shorter time if state, local, or federal law requires you to have the vehicle repaired more quickly in order to avoid additional penalties.) The deadline for a determination about Emissions Performance Warranty Coverage does not need to be met if you request a delay, agree to a delay in writing, or if the delay is caused by an event for which neither Ford nor your dealer is responsible. If a question about Emissions Performance Warranty coverage is referred to Ford Motor Company, you will be notified by Ford Motor Company in writing if your claim for warranty coverage is denied. The notice will explain the basis for denying your claim. If you fail to receive this notice within a timely manner, as determined above, Ford will perform the warranty repair for you free of charge.

### HOW DO I HANDLE EMERGENCY REPAIRS?

If your vehicle needs an emergency warrantable repair and a Ford Motor Company dealer is not available, or if a Ford Motor Company dealer cannot perform warrantable repair(s) within 30 days of you bringing your vehicle to the dealer, repairs may be performed at any service establishment or by you using Ford equivalent replacement parts.

Ford will reimburse you for the cost of these warranty repairs including diagnosis, if you take the part(s) that are replaced and the repair receipt(s) to a Ford Motor Company dealer. The reimbursement shall not exceed Ford's suggested retail price for the warranted parts that are replaced and labor charges based on Ford's recommended time allowance for the warranty repair and the geographically appropriate hourly rate.

**29**

## WHAT REPLACEMENT PARTS SHOULD I USE?

Ford Motor Company recommends that you use genuine Ford replacement parts. However, when you are having non-warranty work done on your vehicle, you may choose to use non-Ford parts. If you decide to use non-Ford parts, be sure they are equivalent to Ford parts in performance, quality, and durability. If you use replacement parts that are not equivalent to Ford parts, your vehicle's emissions control systems may not work as effectively, and you may jeopardize your emissions warranty coverage.

Under the Federal and California emissions warranties, Ford will repair or replace covered parts if they are properly installed Ford parts or the equivalent, or non-Ford parts that have been certified by the U.S. EPA or the California Air Resources Board (CARB). Ford is not responsible for the cost or repairing or replacing non-Ford parts that are not equivalent to Ford parts or that have not been certified by EPA or CARB.

**The maintenance, replacement, or repair of emissions control devices or systems can be performed by any automotive repair establishment or individual using Ford replacement parts or the equivalent, or EPA- or CARB-certified parts, without voiding your emissions warranty coverage for future repairs during the applicable warranty period.**

### PROPER MAINTENANCE PRESERVES YOUR WARRANTY

If you do not maintain your vehicle properly, Ford may have the right to deny you warranty coverage.

To have repairs made under this warranty, you may have to show that you have followed Ford's instructions on properly maintaining and using your vehicle. You will find these instructions in your **Owner's Manual**. Be sure to save your service receipts and to keep accurate records of all maintenance work.

### CUSTOMER ASSISTANCE

If you are not satisfied with the handling of a warranty matter, see **Customer Assistance**, on the inside front cover, and **Better Business Bureau (BBB) AUTO LINE program**, page 32.

**30**

# 8. Noise emissions warranty

## NOISE EMISSIONS WARRANTY FOR CERTAIN LIGHT TRUCKS

Ford Motor Company warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser that this vehicle as manufactured by Ford, was designed, built and equipped to conform at the time it left Ford's control with all applicable U.S. EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built and equipped by Ford Motor Company, and is not limited to any particular part, component or system of the vehicle as manufactured by Ford. Defects in design, assembly or in any part, component or system of the vehicle as manufactured by Ford, which, at the time it left Ford's control, caused noise emissions to exceed Federal standards, are covered by this warranty for the life of the vehicle.

## THE NOISE EMISSIONS WARRANTY OBLIGATIONS DO NOT APPLY TO:

- loss of time, inconvenience, loss of use of the vehicle, commercial loss or, other consequential damages.
- any vehicle which is not covered by the U.S. EPA Medium and Heavy Trucks Noise Emission Standards (40 C.F.R. Part 205, Subpart B). Among the non-covered vehicles are those lacking a partially or fully enclosed operator's compartment, such as a basic stripped chassis, those having a Gross Vehicle Weight Rating of 10,000 pounds or less, and those sold outside the United States and its territories. To the extent permitted by law, THIS WARRANTY IS EXPRESSLY INSTEAD of any express or implied warranty, condition, or guarantee, agreement, or representation, by any person with respect to conformity of this vehicle with the U.S. EPA Noise Control Regulations, including ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS.

**31**

# 9. Ford Protect Extended Service Plan

## MORE PROTECTION FOR YOUR VEHICLE

You can get more protection for your new car or light truck by purchasing a Ford Protect Extended Service Plan (Ford Protect ESP). Ford Protect ESP service contracts are backed by Ford Motor Company or subsidiaries of Ford Motor Company (examples are but not limited to: Ford Motor Service Company or the American Road Insurance Company). Ford Protect plans provide up to 8 years and 150,000 miles of coverage.

They provide:

- benefits during the warranty period, depending on the plan you purchase can be: reimbursement for a rental vehicle, protecting against tire and wheel road hazard damage, coverage for certain maintenance and wear items, lost key replacement, other plans are available;
- protection against covered repair costs and continuing Roadside Service Assistance benefits after your Bumper to Bumper Warranty expires.

You may purchase Ford Protect ESP from any Ford Motor Company dealer or see our website at Ford-ESP.com. There are several Ford Protect ESP plans available in various time, distance and deductible combinations. Each plan is tailored to fit your own driving and vehicle ownership needs, including reimbursement for towing and rental.

When you purchase Ford Protect ESP, you receive peace-of-mind protection throughout the United States, Canada and Mexico, provided by a network of more than 4,600 Ford Motor Company dealers.

**NOTE:** Repairs performed outside the United States, Canada, Mexico, Guam or Puerto Rico, Virgin Islands, American Samoa, and District of Columbia are not eligible for Ford Protect ESP coverage.

This information is subject to change. Ask your dealer for complete details about Ford Protect ESP coverage.

# 10. The Better Business Bureau (BBB)
## AUTO LINE Program (U.S. Only)

Your satisfaction is important to Ford Motor Company and to your dealer. If a warranty concern has not been resolved using the three-step procedure outlined on the first page of the Customer Assistance section, you may be eligible to participate in the BBB AUTO LINE program.

The BBB AUTO LINE program consists of two parts — mediation and arbitration. During mediation, a representative of the BBB will contact both you and Ford Motor Company to explore options for settlement of the claim. If an agreement is not reached during mediation and your claim is eligible, you may participate in the arbitration process. An arbitration hearing will be scheduled so that you can present your case in an informal setting before an impartial person. The arbitrator will consider the testimony provided and make a decision after the hearing.

You are not bound by the decision, but should you choose to accept the BBB AUTO LINE decision, Ford must abide by the accepted decision as well. Disputes submitted to the BBB AUTO LINE program are usually decided within forty days after you file your claim with the BBB.

BBB AUTO LINE Application: Using the information provided below, please call or write to request a program application. You will be asked for your name and address, general information about your new vehicle, information about your warranty concerns, and any steps you have already taken to try to resolve them. A Customer Claim Form will be mailed that will need to be completed, signed, and returned to the BBB along with proof of ownership. Upon request, the BBB will review the claim for eligibilty under Program Summary Guidelines.

**You can get more information by callng BBB AUTO LINE at 1-800-955-5100, or writing to:**

**BBB AUTO LINE**
**3033 Wilson Boulevard, Suite 600**
**Arlington, Virginia 22201**

BBB AUTO LINE applications can also be requested by calling the Ford Motor Company Customer Relationship Center at 1-800-392-3673.

**Note:** Ford Motor Company reserves the right to change eligibility limitations, modify procedures, or to discontinue this process at any time without notice and without obligation.

**33**

## 11. State warranty enforcement laws

These state laws - sometimes called lemon laws - allow owners to receive a replacement vehicle or a refund of the purchase price, under certain circumstances. The laws vary from state to state.

To the extent your state law allows, Ford Motor Company requires that you first send us a written notification of any defects or non-conformities that you have experienced with your vehicle. (This will give us the opportunity to make any needed repairs before you pursue the remedies provided by your state's law.)

In all other states where not specifically required by state law, Ford Motor Company requests that you give us the written notice. Send your written notification to:

**Ford Motor Company**
**Customer Relationship Center**
**P.O. Box 6248**
**Dearborn, MI 48126**

## 12. Important information about ambulance conversions

Ford vehicles are suitable for producing ambulances only if equipped with the **Ford Ambulance Prep Package**. In addition, Ford urges ambulance manufacturers to follow the recommendations of the **Ford Incomplete Vehicle Manual** and the **Ford Truck Body Builders Layout Book** (and pertinent supplements).

**Using a Ford vehicle without the Ford Ambulance Prep Package to produce an ambulance could result in elevated underbody temperatures, fuel overpressurization, and the risk of fuel expulsion and fires. Such use also voids the Ford Bumper to Bumper Warranty and may void the Emissions Warranties.**

You may determine whether the vehicle is equipped with the **Ford Ambulance Prep Package** by inspecting the information plate on the driver's rear door pillar.

You may determine whether the ambulance manufacturer has followed Ford's recommendations by contacting the ambulance manufacturer of your vehicle.

**35**